1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) S.W. NO. 2:12-0684 EFB |
|---|---|
| 5955 Mustang Place<br>Stockton, California | ) ORDER RE: REQUEST TO UNSEAL<br>) SEARCH WARRANT AND SEARCH<br>) WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10/17, 2012

United States Magistrate Judge
EDMUND F. BRENNAN

1